# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

IVAN SALAZAR,

        Defendant.

2:20-cr-00264-KJD-VCF

**ORDER**

Before the Court is the motion to dismiss counsel (ECF No. 160).

David Fischer, Esq. was appointed as counsel of record for Salazar on November 4, 2020. (ECF No. 67). Salazar filed the instant letter on his own behalf. (ECF No. 160).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE Salazar's letter ECF No. 160 from the docket.

DATED this 31st day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE